# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
# EASTERN DIVISION

| | | |
|---|---|---|
| **NORMAN GILLIS MCDANIEL** | § | **PLAINTIFF** |
| | § | |
| v. | § | Civil No. 2:21cv13-HSO-JCG |
| | § | |
| **FORREST GENERAL HOSPITAL** | § | **DEFENDANT** |

## FINAL JUDGMENT

In accordance with the Order entered this date and incorporated herein by reference,

**IT IS, HEREBY, ORDERED AND ADJUDGED** that, this case is **DISMISSED WITHOUT PREJUDICE**.

**SO ORDERED AND ADJUDGED**, this the 6th day of April, 2021.

*s/ Halil Suleyman Ozerden*
HALIL SULEYMAN OZERDEN
UNITED STATES DISTRICT JUDGE